**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 05-1708 (DWF/AJB) |
| This Document Relates to: Gary DeRose and a Class of Persons Similarly Situated v.   Civil No.: 06-28 (DWF/AJB) Guidant Corporation Steve Gaydos and Diane Gaydos, as Husband and Wife v.   Civil No. 06-32 (DWF/AJB) Guidant Corporation Richard Harvey v.   Civil No. 06-73 (DWF/AJB) Guidant Corporation and Guidant Sales Corporation Leonard M. Sowers v.    Civil No. 05-2544 (DWF/AJB) Guidant Corporation and Guidant Sales Corporation Clinton Thacker, et al. v.    Civil No. 06-1047 (DWF/AJB) Guidant Corporation and Guidant Sales Corporation Michael Thorpe, et al. v.    Civil No. 06-81 (DWF/AJB) Guidant Corporation and Guidant Sales Corporation Larry Wenig, et al. v.    Civil No. 05-2598 (DWF/AJB) Guidant Corporation and Guidant Sales Corporation | **ORDER** |

Donald Wright
v.     Civil No. 06-269 (DWF/AJB)
Guidant Corporation, Guidant Sales
Corporation, Cardiac Pacemakers, Inc.,
James M. Cornelius, Ronald W. Dollens, R.
Frederick McCoy, Daniel J. Tich, Kathleen
Lundberg, and Richard Roy

These matters came before the Court on Defendants' Motions to Dismiss for Failure To Comply With This Court's January 31, 2006 Order. The January 31, 2006 Order required Plaintiffs to submit completed fact sheets within 30 days of that Order or within 30 days of filing or docketing the case in this Court. The following Plaintiffs have failed to comply with that order:

1.  Gary DeRose

2.  Steve Gaydos and Diane Gaydos

3.  Richard Harvey

4.  Leonard M. Sowers

5.  Co-Plaintiff Dallas Crouch (Thacker matter)

6.  Co-Plaintiffs Michael Thorpe and Timothy Babcock (Thorpe matter)

7.  Co-Plaintiffs Brian Cotter and Henry Furst (Wenig matter)

8.  Donald Wright

Plaintiffs' failure to comply with this Court's January 31, 2006 Order not only prejudices Defendants' ability to mount a defense, but also adversely impacts this Court's ability to manage the MDL 1708 docket in a just, efficient, and expeditious manner.

**IT IS NOW, THEREFORE, ORDERED** that these matters as they relate to Plaintiffs listed above be **DISMISSED WITH PREJUDICE** for failure to comply with the January 31, 2006 Order.

Dated:  July 3, 2006                                     s/Donovan W. Frank
                                                                          DONOVAN W. FRANK
                                                                          Judge of United States District Court